UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CAROL DITZLER,

    Plaintiff,                                             CASE NO. **13-cv-60489**

v.

DYNAMIC RECOVERY SOLUTIONS, LLC.,

    Defendant.
_____/

## PLAINTIFF'S VERIFIED COMPLAINT

COMES NOW the Plaintiff, CAROL DITZLER ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC. ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Cooper City, Broward County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Greenville, South Carolina.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. In or around January of 2013, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged debt arising from transactions for personal, household, and/or family purposes.

10. Defendant places collection calls to Plaintiff's telephone at 954-533-41XX.

11. In or around January of 2013, Defendant placed a collection call to Plaintiff and left a voicemail message.

12. In the voicemail message, Defendant's representative, "Mrs. Walker," failed to disclose the name of the company placing the call. *See* Transcribed voicemail message attached hereto as Exhibit A.

13. In the voicemail message, Defendant's representative, "Mrs. Walker," directed Plaintiff to return the call to (866) 421-4998, which is a number that belongs to Defendant. *See*

Exhibit A.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

b) Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
 Shireen Hormozdi
 Krohn & Moss, Ltd
 10474 Santa Monica Blvd., Suite 401
 Los Angeles, CA 90025
 Phone: (323) 988-2400 ext. 267
 Fax: (866) 802-0021
 Attorney for Plaintiff
 FBN: 0882461

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF FLORIDA)
COUNTY OF BROWARD)

Plaintiff, CAROL DITZLER, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, CAROL DITZLER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 1/31/2013                             *Carol J Ditzler*
                                              CAROL DITZLER
                                                  Plaintiff