UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CAROL DITZLER,

    Plaintiff,                                     CASE NO. 13-cv-60489-RSR

v.

DYNAMIC RECOVERY SOLUTIONS, LLC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CAROL DITZLER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                 RESPECTFULLY SUBMITTED,

                                             By:  /s/ Shireen Hormozdi
                                                Shireen Hormozdi
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd., Suite 401
                                                Los Angeles, CA 90025
                                                Phone:  (323) 988-2400 ext. 267
                                                Fax:     (866) 802-0021
                                                Attorney for Plaintiff
                                                FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff