# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-60489-CIV-ROSENBAUM/HUNT

CAROL DITZLER,

      Plaintiff,

vs.

DYNAMIC RECOVERY SOLUTIONS, LLC.,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL

      This matter is before the Court on a review of the record.  On March 25, 2013, Plaintiff notified this Court that she had reached a settlement of her claims with Defendant.  D.E. 6.  In response, this Court ordered the parties to file a stipulation of dismissal by April 9, 2013.  D.E. 7.  On April 9, 2013, Plaintiff filed a one-sentence motion requesting an additional sixty days to file the stipulation of dismissal.  D.E. 8.  Plaintiff did not demonstrate any justification whatsoever for the extension of time, and, accordingly, the Court denied the motion.  D.E. 9.  The Court set a new deadline of April 19, 2013, for filing the stipulation and informed Plaintiff that failing to file a timely stipulation "will result in Plaintiff's case being dismissed for failure to comply with the Court's orders."  *Id.*  No stipulation has been filed.

      A court is within its discretion to dismiss a complaint for lack of prosecution.  *McKelvey v. AT&T Techs., Inc.*, 789 F.2d 1518, 1520 (11th Cir. 1986).  The authority to dismiss a case *sua sponte* falls within the inherent power of the court to manage its docket.  *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

Because Plaintiff has failed to obey the orders of this Court and has otherwise offered no justification for why she cannot file a stipulation of dismissal, it is **ORDERED and ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**.  To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT**.  The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of April 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record