**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CAROL DITZLER,

    Plaintiff,                                      CASE NO. 13-cv-60489-RSR

v.

DYNAMIC RECOVERY SOLUTIONS, LLC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

       CAROL DITZLER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DYNAMIC RECOVERY SOLUTIONS, LLC. (Defendant), in this case.

                                                                    RESPECTFULLY SUBMITTED,

                                        By:  /s/ Shireen Hormozdi
                                               Shireen Hormozdi
                                               Krohn & Moss, Ltd
                                               10474 Santa Monica Blvd., Suite 405
                                               Los Angeles, CA 90025
                                               Phone:  (323) 988-2400 ext. 267
                                               Fax:    (866) 802-0021
                                               Attorney for Plaintiff
                                               FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
